CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 12 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ROBERT DEWAYNE CLINE, ) | |
|     Plaintiff, ) | Civil Action No. 7:17-cv-00151 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| SOUTHWEST VIRGINIA ) | |
| REGIONAL JAIL, ) | By:   Michael F. Urbanski |
|     Defendant(s). ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 11th day of May, 2017.

/s/ Michael F. Urbanski
United States District Judge